IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT LICHTI                                                                                      PLAINTIFF

v.                                          Case No. 2:15-CV-2065

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 27th day of April, 2016.


/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE